**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**DARRIN HENSON**, an individual,

      Plaintiffs,

**v.**

**SONY MUSIC HOLDINGS, INC.**, and
**DOES** 1 through 10, inclusive,

      Defendants.

**CASE NO:**

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Plaintiff files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1.    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all known parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:  Darrin Henson

Defendants: Sony Music Holdings, Inc.

        Sony Corporation of America

2.    The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the

1

CERTIFICATE OF INTERESTED PERSONS

outcome of this particular case:

Walt Disney Studios

Disney Entertainment

The Walt Disney Company

Epic Games, Inc.

Sony Music Entertainment

Marvel Studio, LLC

Nick Pauley

3.    The undersigned further certifies that she is the only person serving as an attorney for the filing party in this proceeding.

Submitted this 27th day of March, 2026

/s/Brittney R. Dobbins
Brittney R. Dobbins
Georgia State Bar # 218051
DOBBINS LAW
3379 Peachtree Road NE, Suite 700
Atlanta, GA 30326
brittney@bdobbinsesq.com

*Attorney for Plaintiff*

2
CERTIFICATE OF INTERESTED PERSONS

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 27th day of March, 2026

CERTIFICATE OF COMPLIANCE FOR CERTIFICATE OF INTERESTED
PERSONS