✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ACTION | APPEAL | COURT NAME AND LOCATION<br>IN THE UNITED STATES DISTRICT COURT |
|---|---|---|
| DOCKET NO.<br>1:26-cv-01674-ELR | DATE FILED<br>03/27/2026 | NORTHERN DISTRICT OF GEORGIA<br>ATLANTA DIVISION |
| PLAINTIFF<br>DARRIN HENSON | | DEFENDANT<br>SONY MUSIC HOLDINGS, INC., and DOES 1 through 10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 PA2554184 | "Bye Bye Bye"/ NSYNC Choreography by Darrin Henson | Darrin Henson |
| 2 PA1067486 | Bye, bye, bye / director, Wayne Isham Moton Picture | Zomba Recording Corporation (Employe: |
| 3 PA1280808 | Bye, bye, bye Motion Pictures | Zomba Recording, LLC |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | Amendment | Answer | Cross Bill | Other Pleading |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK | |
| 1 | | | | |
| 2 | | | | |
| 3 | . | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Order        Judgment | Yes        No | |

| CLERK<br>KEVIN P. WEIMER | (BY) DEPUTY CLERK<br>s/Traci Clements Campbell | DATE<br>3/31/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy