## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DARRIN HENSON**, an individual,<br><br>        Plaintiff,<br><br>**v.**<br><br>**SONY MUSIC HOLDINGS, INC.**, and<br>**DOES** 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO: 1:26-cv-01674** |

## NOTICE OF ATTORNEY'S LIEN

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Ga. Code Ann. § 15-19-14 and the specific terms of the binding Retainer Agreement, James L. Walker, Jr. and the law firm of J. Walker & Associates, LLC ("The Firm") hereby assert and file this Attorney's Lien in the above-captioned matter. This lien is asserted against any and all proceeds, settlements, awards, or judgments obtained by the Plaintiff, Darrin Henson, in connection with his claims for declaratory relief and copyright infringement related to the "Bye Bye Bye" choreography. J. Walker & Associates, LLC hereby requests that this lien be satisfied from the first proceeds of any recovery in this action before any distribution to the Plaintiff or successor counsel.

1

2

Respectfully submitted this 22nd day of May 2026.

> /s/James L. Walker, Jr.
> James L. Walker Jr.
> Georgia Bar No. 260643
> **J. Walker & Associates, LLC**
> The Walker Building
> 3421 Main Street Suite A
> Atlanta, GA 30337
> Telephone: (770) 847-7363
> jjwalker@walkerandassoc.com

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 22nd day of May 2026.

/s/James L. Walker, Jr.
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on the 22nd day of May 2026, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

*/s/James L. Walker, Jr.*
James L. Walker Jr.
Georgia Bar No. 260643
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

4