# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DARRIN HENSON,

      Plaintiff,

v.

SONY MUSIC HOLDINGS, INC., and
DOES 1 through 10, inclusive,

      Defendants.

Case No. 1:26-cv-01674-ELR

## JOINT STATUS REPORT

Pursuant to the Court's Order entered May 15, 2026, the Parties respectfully submit this Joint Status Report.

On June 22, 2026, counsel for Plaintiff and Defendant Sony Music Holdings Inc., together with their respective client representatives, participated in mediation before Theo Cheng of the ADR Office of Theo Cheng, as ordered by the Court. Representatives of non-party Sony Music Entertainment and its counsel also attended the mediation. The mediation commenced at approximately 10:00 a.m. Eastern and continued throughout the day.

Despite the Parties' good-faith participation in the mediation process, no settlement agreement was reached. Accordingly, the matter has not been resolved.

1

Respectfully submitted this 6th day of July, 2026.


DOBBINS LAW

/s/ Brittney R. Dobbins
Brittney R. Dobbins
(by VMS with express permission)
Georgia Bar No. 218051
3379 Peachtree Road NE, Suite 700
Atlanta, Georgia 30326
Email: brittney@bdobbinsesq.com

*Counsel for Plaintiff*

STRICKLAND DEBROW LLP

/s/ Vernon M. Strickland
Vernon M. Strickland
Georgia Bar No. 345346
Joy D. Bonner
Georgia Bar No. 439279
246 Bullsboro Drive, Suite A
Newnan, Georgia 30263
Main: (470) 683-4402
Fax:   (470) 683-4412
vstrickland@stricklanddebrow.com
jbonner@stricklanddebrow.com

*Counsel for Defendant*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DARRIN HENSON,<br><br>        Plaintiff,<br><br>v.<br><br>SONY MUSIC HOLDINGS, INC., and<br>DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:26-cv-01674-ELR |

## <u>CERTIFICATE OF RULE 7.1 COMPLIANCE</u>
## <u>AND CERTIFICATE OF SERVICE</u>

I hereby certify that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.  I also certify that on July 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 6th day of July, 2026.

*Vernon M. Strickland*
Vernon M. Strickland
Georgia Bar No. 345346

3