-1-

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DARRIN HENSON,**

        **Plaintiffs,**

v.

**SONY MUSIC HOLDNGS, INC., and
DOES 1 through 10,
inclusive,**

        **Defendants.**

**CASE NO:** 1:26-cv-01674-ELR

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SONY MUSIC HOLDINGS, INC.

COME NOW, Plaintiff Darrin Henson, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action against Defendant Sony Music Holdings, Inc., without prejudice.

This notice is timely filed because Defendant Sony Music Holdings, Inc. has not yet served an Answer or a Motion for Summary Judgment.

This dismissal applies only to Defendant Sony Music Holdings, Inc. and does not affect the claims against any other remaining Defendants. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

-1-

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

DATED: July 1, 2026

*/s/ Brittney Dobbins*
Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE, Suite 700
Atlanta, GA 90326
brittney@bdobbinsesq.com
*Attorney for Plaintiff*

-2-
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

This 8th day of July, 2026.

/s/ Brittney Dobbins
Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE, Suite 700
Atlanta, GA 90326
brittney@bdobbinsesq.com
*Attorney for Plaintiff*

CERTIFICATE OF  COMPLIANCE

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY**, that on the 8th day of July, 2026, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

*/s/ Brittney Dobbins*

Brittney R. Dobbins
Georgia Bar No. 218051
**DOBBINS LAW**
3379 Peachtree Road NE, Suite 700
Atlanta, GA 90326
brittney@bdobbinsesq.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE